United States Courts
Southern District of Texas
FILED

JAN 25 2017

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. **17 CR 4 1 -** |
| WALTER LAWSON, III, Defendant. | § § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about November 19, 2015, in the Houston Division of the Southern District of Texas, the defendant,

**WALTER LAWSON, III,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, firearms, namely a Taurus, model PT 24/7 Pro, .40 caliber pistol, and a Remington, model 710, .270 caliber rifle, which firearms had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about January 21, 2016, in the Houston Division of the Southern District of Texas, the defendant,

**WALTER LAWSON, III,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, firearms, namely a Smith & Wesson, Model 15-4, .38 caliber revolver, a Sears/Roebuck (Winchester), model 3T (190), .22 caliber rifle, a

Remington, model 870 Wingmaster, 12-gauge shotgun, and a Savage Arms, model 750C, 12-gauge shotgun, which firearms had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about February 18, 2016, in the Houston Division of the Southern District of Texas, the defendant,

## WALTER LAWSON, III,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, firearms, namely a Norinco, model SKS, 7.62x39mm rifle, a Hechler and Koch, model USP, 9mm pistol, and a Maverick Arms, model 88, 12-gauge shotgun, which firearms had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FOUR

On or about June 16, 2016, in the Houston Division of the Southern District of Texas, the defendant,

## WALTER LAWSON, III,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, namely Star, model BM, 9mm handgun, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that all firearms and ammunition involved in or used in the commission of the offense charged in Count Three, in violation of Title 18, United States Code, Section 922(g)(1), are subject to forfeiture, including, but not limited to, the following:

- Star, model BM, 9mm handgun, S/N SBM06421

**A TRUE BILL:**

Original signature on File

**KENNETH MAGIDSON**
**UNITED STATES ATTORNEY**

BY: _____
**Heather Winter**
**Assistant United States Attorney**